WILBUR WOODARD and HENRY PATE v. STATE.

196 So. 486
Division A
Opinion Filed May 28, 1940

*P. B. Howell,* for Plaintiffs in Error;

*George Couper Gibbs, Attorney General,* and *William Fisher, Jr.,* for Defendant in Error.

PER CURIAM.—On writ of error we review judgment of conviction of the offense of larceny of a cow.

Examination and consideration of the entire record discloses no reversible error.

The judgment is affirmed.

So ordered.

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

WHITFIELD, P. J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.